PROB 12C
(7/93)

Report Date: October 28, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 28 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daquon M. Howard      Case Number: 2:11CR02111-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: March 15, 2012

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 30 months            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Thomas J. Hanlon              Date Supervision Commenced: August 14, 2013

Defense Attorney:      Alex B. Hernandez, III        Date Supervision Expires: August 13, 2016

## PETITIONING THE COURT

   To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

   1                 **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the
                     probation officer and follow the instructions of the probation officer.

                     **Supporting Evidence**: On October 22, 2013, Mr. Howard was directed to contact this
                     officer after he met with the Yakima Police Department. He called and left a message on
                     this officer's cell phone on October 23, 2013. This officer attempted to contact Mr. Howard
                     through his cell phone on October 23, 2013; October 24, 2013; and again on October 25,
                     2013, without success. This officer also attempted to contact the defendant through his
                     home telephone number on October 25, 2013, and his girlfriend advised he was currently not
                     at the residence, and she was not sure where he was, but she agreed to have him contact this
                     officer.

   2                 **Special Condition #18**: You shall undergo a substance abuse evaluation and, if indicated
                     by a licensed/certified treatment provider, enter into and successfully complete an approved
                     substance abuse treatment program, which could include inpatient treatment and aftercare.
                     You shall contribute to the cost of treatment according to your ability to pay. You shall
                     allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
Re: Howard, Daquon M.
October 28, 2013
Page 2

**Supporting Evidence**: Mr. Howard had a follow-up appointment with the local vendor on October 24, 2013. He failed to attend the appointment or did not call the provider to advise he would not be attending the appointment.

3   **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Howard submitted positive urine samples for illegal substances at the local vendor on the following dates: September 11, 2013, positive for cocaine, and Mr. Howard signed an admission form confirming he used cocaine, additionally, the sample was determined to be positive for cocaine by Alere Laboratories on September 19, 2013; on October 1, 2013, Mr. Howard tested positive for THC, and Mr. Howard signed an admission form confirming he used THC; and on October 23, 2013, that tested positive for THC, and Mr. Howard signed an admission form confirming he used THC. Also, Mr. Howard failed to provide random urine specimens on the following dates: September 25, 2013; October 9, 2013; and October 23, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/20/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

October 28, 2013
Date