PROB 12C
(7/93)

Report Date: July 11, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daquon M. Howard           Case Number: 0980 2:11CR02111-001

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence:  March 15, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: April 10, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: November 9, 2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Howard failed to report to the office between the first and the fifth of July 2014, to complete his monthly report form. |
| 2 | **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.<br><br>**Supporting Evidence**: The defendant left his job on June 26, 2014, at 10:45 a.m., complaining of feeling sick. He never returned to the job. This information was confirmed by the temporary employment agency, who employs Mr. Howard. |
| 3 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: The defendant left or was kicked out of his residence approximately 3 weeks ago, and he has not advised this officer he had changed his address or where he is living. Currently, the defendant's whereabouts are unknown. Additionally, he left work on June 26, 2014, and has not reported this change to this officer. |

Prob12C
Re: Howard, Daquon M.
July 11, 2014
Page 2

| | | |
|---|---|---|
| 4 | | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | | **Supporting Evidence**: Mr. Howard missed his random urine tests on June 24, 2014, and July 8, 2014. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/11/2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

7/11/14
Date