PROB 12C
(7/93)

Report Date: September 4, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 8 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daquon M. Howard          Case Number: 0980 2:11CR02111-LRS-1

Address of Offender: Yakima County Jail, Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 15, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 10, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: November 9, 2016 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 07/11/2014. Also, asking the Court to dismiss violation number 2 due to a clerical error.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.<br><br>**Supporting Evidence**: The defendant left his job on June 21, 2014, at 10:45 p.m., complaining of feeling sick. He never returned to the job. This information was confirmed by the temporary employment agency, who employs Mr. Howard. |
| 6 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Information received from the treatment provider reveals Mr. Howard missed his random urine test on July 15, 2014. |

Prob12C
Re: Howard, Daquon M.
September 4, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported on July 11, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/04/2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  Other — *Incorporation of new violations with prior violations filed with court. Dismissal of violation #2 will be addressed at hearing.*

Signature of Judicial Officer

9/5/14
Date