PROB 12C
(6/16)

Report Date: July 26, 2016

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daquon M. Howard | Case Number: 0980 2:11CR02111-LRS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 15, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 30 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 5 months;<br>TSR - 31 months | |
| Revocation Sentence: | Prison - 11 months;<br>TSR - 20 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: June 28, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 27, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: On July 22, 2016, The U.S. Probation Office in Spokane, Washington, received a phone call from the director with the Spokane Residential Reentry Center (RRC) who indicated that Mr. Howard was being terminated from their program due to "significant concerns" regarding the client's behavior. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 26, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

7/27/16
Date