PROB 12C
(6/16)

Report Date: October 20, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 24 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daquon M. Howard                Case Number: 0980 2:11CR02111-LRS-1

Address of Offender: ███████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 15, 2012

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 30 months;                Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation               Prison - 5 months;
Sentence:                TSR - 31 months
(11/21/2013)

                         Prison - 11 months;
Revocation               TSR - 20 months
Sentence:
(09/18/2014)

Asst. U.S. Attorney:     Timothy John Ohms             Date Supervision Commenced: June 28, 2016

Defense Attorney:        Daniel N. Rubin                Date Supervision Expires: February 27, 2018

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On Monday, October 18, 2016, the U.S. Probation Office received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Mr. Daquon Howard had missed a random urinalysis test with the provider on October 17, 2016.<br><br>The undersigned officer attempted contact with the client on October 18 and 19, 2016, leaving a voice mail directing him to both report to U.S. Probation on the day of the notification, as well as to contact the undersigned officer as soon as possible via telephone. These inquires went without response. On October 19, 2016, the undersigned officer was |

Prob12C
Re: Howard, Daquon M.
October 20, 2016
Page 2

                able to contact Mr. Howard's sponsor who indicated that he had not seen Mr. Howard in approximately 2 weeks and that he was unsure of where he was currently residing. At no time has Mr. Howard attempted to contact the undersigned officer in regard to a change of address; Mr. Howard's current whereabouts are subsequently unknown.

2        **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On Monday, October 18, 2016, the U.S. Probation Office in Spokane received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Mr. Daquon Howard had missed a random urinalysis test with the provider on October 17, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 20, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/24/16
Date